UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-1249-JWH (DSR) Date: August 17, 2026

Title GURGEN POGOSIAN v. JAMES JANECKA, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY FINAL JUDGMENT SHOULD NOT BE ENTERED ON TERMS OF PRELIMINARY INJUNCTION**

Petitioner filed both a Petition for Writ of Habeas Corpus and an Application for Temporary Restraining Order in this case on March 17, 2026. See Doc. No. 1. On April 6, 2026, Judge Holcomb granted in part Petitioner's Ex Parte Application for Preliminary Injunction and ordered Petitioner to be released forthwith. See Doc. No. 11. On May 22, 2026, Respondents filed their Answer to the Petition in which they request that the Court dismiss the Petition as moot. See Doc. No. 13 at 4.

A status conference in the above-referenced matter is hereby set for **August 28, 2026, at 3:00 p.m**. in Courtroom 690 of the Roybal Federal Building and Courthouse. The parties are ordered to show cause at the status conference why the preliminary relief entered by the District Judge should not be converted immediately to a final judgment on the merits for the same reasons and on the same terms provided in the order granting preliminary relief. See 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); cf. Fed. R. Civ. P. 65(a)(2).

The parties may discharge this show-cause order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms already provided in the District Judge's order granting preliminary relief no later than **August 24,**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-1249-JWH (DSR) Date: August 17, 2026

Title GURGEN POGOSIAN v. JAMES JANECKA, et al.

**2026**. If the parties file a stipulation and proposed judgment granting the petition, the parties do not have to appear at the August 28, 2026, status conference.

Nothing in the stipulation and proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting preliminary relief.

**IT IS SO ORDERED**

:

**Initials of Preparer** LK