**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GURGEN POGOSIAN,

Petitioner,

v.

JAMES JANECKA, *et al.*

Respondents.

Case No.: 5:26-cv-01249-DSR

**ORDER GRANTING THE PARTIES' JOINT PROPOSED GRANT OF PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

Upon consideration of the parties' "Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241," Doc. No. 18, the Court hereby orders that the Petition for Writ of Habeas Corpus is GRANTED for the reasons and findings that are already set forth in the Court's April 8, 2026, Order Granting Petitioner's Ex Parte Application for Preliminary Injunction (Doc. No. 11). Judgment will issue on a separate form.

**IT IS SO ORDERED.**

DATE: September 17, 2026

Dan Roberts
DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE