JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURGEN POGOSIAN,<br>Petitioner,<br>v.<br>JAMES JANECKA, *et al*.<br>Respondents. | Case No.: 5:26-cv-01249-DSR<br>**JUDGMENT** |

Pursuant to the Court's separately filed Order Granting the Parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATE: September 17, 2026

Dan Roberts

DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE